JANET M. HEROLD
Regional Solicitor
SUSAN SELETSKY
Counsel for FLSA
ANDREW J. SCHULTZ
Trial Attorney
California Bar No. 237231
United States Department of Labor
Office of the Solicitor
90 Seventh Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7745
Facsimile: (415) 625-7745
Email: Schultz.andrew@dol.gov

Attorneys for Plaintiff, Thomas E. Perez,
Secretary of Labor,
United States Department of Labor

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> BITMICRO NETWORKS, INC., <br><br> Defendant. | Docket No.: 5:16-cv-2068 <br><br> COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT (29 U.S.C. §§ 201, et seq.) |

1.  Plaintiff, THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, brings this action to enjoin Defendant BITMICRO NETWORKS INC. from violating the provisions of the Fair Labor Standards Act

COMPL. FOR VIOLATIONS OF FLSA          1

of 1938, as amended (hereinafter called "FLSA" or the "Act"), 29 U.S.C. § 201 *et seq.*, pursuant to Section 17 of the FLSA, 29 U.S.C. § 217, and to recover unpaid minimum wage and overtime compensation owed under the Act to present and former employees of Defendant, including those listed by name on the attached Exhibit A to this Complaint, together with an equal amount of liquidated damages, pursuant to Section 16(c) of the Act, 29 U.S.C. § 216(c).

2. This Court has subject matter jurisdiction pursuant to Sections 16(c) and 17 of the Act, 29 U.S.C. §§ 216(c) and 217; this Court also has subject matter jurisdiction under 28 U.S.C. §§ 1331 (federal question) and 28 U.S.C. § 1345 (United States as plaintiff).

3. Venue lies in the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1391(b) as a substantial part of the events giving rise to the claims at issue occurred in or around Freemont, California.

4. Defendant, BITMICRO NETWORKS, INC. is and at all times hereinafter mentioned was a corporation with an office and a place of business at 47929 Fremont Blvd, Fremont, CA 94538, within the jurisdiction of this Court, and is and at all times hereinafter mentioned was engaged under the name of BitMicro Networks in the operation of a computer hardware company.

5. Defendant BITMICRO NETWORKS, INC., is and at all times hereinafter mentioned was engaged in related activities performed through unified operation or common control for a common business purpose, and is and at all times hereinafter mentioned was an enterprise within the meaning of section 3(r) of the Act, 29 U.S.C. § 203(r).

6. Defendant BITMICRO NETWORKS, INC., at all times hereinafter mentioned was an enterprise engaged in commerce or in the production of goods for commerce within the meaning of sections 3(s)(1)(A) of the Act, 29

COMPL. FOR VIOLATIONS OF FLSA        2

U.S.C. § 203(s)(1)(A), in that said enterprise at all times hereinafter mentioned had employees engaged in commerce or in the production of goods for commerce, or employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person and in that said enterprise has and has had an annual gross volume of sales made or business done of not less than $500,000.

7. Defendant has violated the provisions of Sections 6 and 15(a)(2) of the Act, 29 U.S.C. §§ 206, 215(a)(2), by paying employees wages at rates less than the applicable federal minimum wage in workweeks when said employees were engaged in commerce or in the production of goods for commerce within the meaning of the Section 3(s) of the Act, 29 U.S.C. § 203(s), as described in paragraph 6 from at least July 21, 2012 to July 20, 2015 ("Subject Period").

8. Defendant has violated the provisions of Sections 7 and 15(a)(2) of the Act, 29 U.S.C. §§ 207 and 215(a)(2), by employing employees who in workweeks were engaged in commerce or the production of goods for commerce, within the meaning of Section 3(s) of the Act, 29 U.S.C. § 203(s), for workweeks longer than forty hours without compensating said employees for their employment in excess of forty hours per week during such workweeks at rates not less than one and one-half times the regular rate at which they were employed during the Subject Period.

9. Defendant, employers subject to the provisions of the Act, have violated the provisions of sections 11(c) and 15(a)(5) of the Act, 29 U.S.C. §§ 211(c) and 215(a)(5), in that they failed to make, keep, and preserve adequate and accurate records of employees and the wages, hours and other conditions and practices of employment maintained by them as prescribed by regulations duly

COMPL. FOR VIOLATIONS OF FLSA            3

1  issued pursuant to authority granted in the Act and found in 29 C.F.R. Part 516, in
2  that records fail to show adequately and accurately, among other things, the hours
3  worked with respect to several employees.

4      10.    Defendant violated the provisions of FLSA § 15(a)(1) by transporting,
5  offering for transportation, shipping, delivering or selling in commerce (or by
6  shipping, delivering or selling with knowledge that shipment or delivery or sale in
7  commerce was intended) goods in the production of which employees were
8  employed in violation of FLSA §§ 6, 7, 29 U.S.C. §§ 206, 207.

9      11.    (a)    During the Subject Period, Defendant violated the aforesaid
10 provisions of the Act.    (b)    As a result of the aforesaid violations of the
11 Act, there is unpaid minimum wage compensation being withheld by Defendant.

12     (c)    As a result of the aforesaid violations of the Act, there is unpaid
13 overtime compensation being withheld by Defendant.

14     (d)    Judgment permanently enjoining and restraining such violations
15 of the Act is specifically authorized by Section 17 of the Act, 29 U.S.C. § 217.

16     (e)    Judgment enjoining and restraining any continued withholding
17 of unpaid minimum wage and overtime compensation due under the Act is
18 specifically authorized by Section 17 of the Act, 29 U.S.C. § 217.

19     (f)    Judgment awarding unpaid back wages due under the Act, plus
20 an additional amount as liquidated damages that is equal to the amount of the back
21 wages that accrued under the Act, is specifically authorized by Section 16(c) of the
22 Act, 29 U.S.C. § 216(c).

23     **WHEREFORE**, cause having been shown, Plaintiff prays for a judgment
24 against Defendant as follows:

COMPL. FOR VIOLATIONS OF FLSA    4

A.	(1)	For an Order pursuant to Section 17 of the Act, 29 U.S.C. § 217, permanently enjoining and restraining Defendant, their officers, agents, servants, employees, and those persons in active concert or participation with Defendant, from prospectively violating the provisions of Sections 15(1)(1), 15(a)(2), and (a)(5) of the Act, 29 U.S.C. §§ 215(a)(1), (a)(2), and (a)(5); and

B.	For an Order
(1)	pursuant to Section 16(c) of the Act, 29 U.S.C. § 216(c), finding Defendant liable for minimum wage and overtime compensation due Defendant's employees and for liquidated damages equal in amount to the minimum wage and overtime compensation found due to Defendant's employees, including those listed in the attached Exhibit A;

(2)	in the event liquidated damages are not awarded, pursuant to Section 17 of the Act, 29 U.S.C. § 217, enjoining and restraining Defendant, its officers, agents, servants, employees and those persons in active concert or participation with Defendant, from withholding payment of unpaid back wages found to be due Defendant's employees, and pre-judgment interest at an appropriate interest rate;

(3)	For an Order awarding Plaintiff the costs of this action; and

COMPL. FOR VIOLATIONS OF FLSA	5

(4) For an Order granting such other and further relief as may be necessary or appropriate.

Dated: April 20, 2016

                M. PATRICIA SMITH
                Solicitor of Labor

                JANET M. HEROLD
                Regional Solicitor

                SUSAN SELETSKY
                Counsel for FLSA

                */s/ Andrew J. Schultz*
                ANDREW J. SCHULTZ
                Trial Attorney

                Attorneys for Plaintiff
                Secretary, U.S. Department of Labor

# **EXHIBIT A**

| Last Name | First Name |
|---|---|
| Abitria | Alain Vincent V. |
| Bantigue | Benedict C. |
| Manicio | Candido Jr. M. |
| Jones | Carlos Jr. R |
| Mamuyac | Catherine C. |
| Bawar | Corey Q. |
| Guerra | Donderick M. |
| Ferrer | Eduardo T. |
| Platon | Eszalyn Fe D. |
| Marasigan | Francis Carl B. |
| Ambat | Gison L. |
| Gacusan | Haidee M. |
| Cordova | Jose |
| Dower | Lynette |
| Belmonte | Mark Edward C. |
| Manzo | Mark Gil M. |
| Deduro | Reychel D. |
| Legaspi | Sharlyn G. |
|  |  |

COMPL. FOR VIOLATIONS OF FLSA         7