UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS E. PEREZ,

       Plaintiff,

  v.

BITMICRO NETWORKS, INC,

       Defendant.

Case No. 16-cv-02068-JSW

**ORDER RE SERVICE OF CONSENT JUDGMENT**

Re: Dkt. No. 9

The Court ORDERS Plaintiff, within seven days after the filing date of this order, to serve a copy of the Consent Judgment (Dkt. No. 9) upon Defendant and file a proof of such service with this Court.

**IT IS SO ORDERED.**

Dated: April 29, 2016

_____
JEFFREY S. WHITE
United States District Judge